IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| UNITED STATES OF AMERICA, | CR 23-32-BLG-SPW-3 |
|---|---|
| Plaintiff, | |
| vs. | ORDER TO DISMISS INDICTMENT |
| ANTHONY HOLCOMB, | |
| Defendant. | |

Upon the United States' Unopposed Motion to Dismiss Indictment (Doc. 153) against the defendant, Anthony Holcomb, and for good cause shown,

**IT IS HEREBY ORDERED** that the Indictment against the Defendant, Anthony Holcomb, in this case is hereby **DISMISSED with prejudice**.

The Clerk of Court is directed to notify the parties of the making of this Order.

DATED this 18th day of September, 2025.

SUSAN P. WATTERS
United States District Judge

1